UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ROBERT JOSEPH MCCARTY, | ) | |
| Plaintiff, | ) | 2:11-cv-1538-JCM-RJJ |
| vs. | ) | |
| JOHN V. ROOS, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on the State Defendants' Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling Order (#18).

The Court having reviewed the Motion to Stay (#18), the Response (#19) and the Reply (#25) and good cause appearing therefore,

IT IS HEREBY ORDERED that the State Defendants' Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling Order (#18) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file a proposed Discovery Plan and Scheduling Order pursuant to LR 26-1 thirty (30) days after court enters a ruling on the Motion to Dismiss (#10).

DATED this __4th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge