1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                    * * *

9   ROBERT JOSEPH MCCARTY,          )
                                     )
10           Plaintiff,             )          2:11-cv-1538-JCM-RJJ
                                     )
11  vs.                             )
                                     )
12  JOHN V. ROOS, *et al*.,          )               O R D E R
                                     )
13           Defendant,             )
    _____)

14

15          This matter is before the Court on the State Defendants' Motion to Stay Requirement to

16  File Proposed Discovery Plan and Scheduling Order (#18).

17          The Court having reviewed the Motion to Stay (#18), the Response (#19) and the Reply

18  (#25) and good cause appearing therefore,

19          IT IS HEREBY ORDERED that the State Defendants' Motion to Stay Requirement to

20  File Proposed Discovery Plan and Scheduling Order (#18) is GRANTED.

21          IT IS FURTHER ORDERED that the parties shall file a proposed Discovery Plan and

22  Scheduling Order pursuant to LR 26-1 thirty (30) days after court enters a ruling on the Motion to

23  Dismiss (#10).

24          DATED this   4th   day of April, 2012.

25

26                                              _____
                                                ROBERT J. JOHNSTON
27                                              United States Magistrate Judge

28