UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ROBERT JOSEPH MCCARTY, | ) | |
| Plaintiff, | ) | 2:11-cv-1538-JCM-RJJ |
| vs. | ) | |
| JOHN V. ROOS, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a proposed Discovery Plan and Scheduling Order (#22) filed by Plaintiff, Robert Joseph McCarty.

The Court having reviewed the proposed Discovery Plan and Scheduling Order (#22) finds that said document is not joint as required by the ruleu. Further, the Court finds that the requirement to file a discovery plan and scheduling order has been stayed by the Court pending a ruling on the Motion to Dismiss (#10). *See*, Order (#28). Good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order (#22) filed by Plaintiff, Robert Joseph McCarty is DENIED.

DATED this __4th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge