UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1538-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| JOHN V. ROOS, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on the Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling (#24).

The Court having reviewed the Motion to Stay (#24) and the Response (#26) finds that the requirement to file a discovery plan and scheduling order has been stayed by the Court pending a ruling on the Motion to Dismiss (#10). *See*, (#28). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling (#24) is MOOT.

DATED this   4th   day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge