1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  JUSTIN E. PINGEL
   Assistant United States Attorney
4  Nevada Bar. No. 10186
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: justin.pingel@usdoj.gov
7
   Attorneys for the United States.
8

9

10

11              **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13

14  ROBERT JOSEPH MCCARTY,           )
                                      )
15              Plaintiff,            )
                                      )
16       v.                           )   Case No. 2:11-cv-01538-JCM-RJJ
                                      )
17  JOHN V. ROOS, *et al.*,           )
                                      )
18              Defendants.           )
                                      )
19

20       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21       Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit Lynn Y. Lee to practice before this honorable Court in all matters

23  relating to the above-captioned case.

24       Ms. Lee is an attorney with the Department of Justice, Civil Division, Federal Programs

25  Branch, an agency of the federal government.  She is a member in good standing of the State Bar

26  of California (Bar No. 235531).

1  The following contact information is provided to the Court:

2  Lynn Yuhee Lee
   United States Department of Justice
3  Civil Division, Federal Programs Branch
   Washington, D.C. 20530
4  Tel: (202) 305-0531
   E-mail: lynn.lee@usdoj.gov
5
   Address for U.S. mail:
6  Post Office Box 883
   Washington, D.C. 20044
7
   Address for courier and hand delivery:
8  20 Massachusetts Avenue NW
   Room 7134
9  Washington, D.C. 20001

10  Accordingly, the United States respectfully requests that an order be issued allowing

11 Lynn Y. Lee to practice before this honorable Court.

12  DATED this 23rd day of April 2012.

13                                      Respectfully submitted,

14                                      DANIEL G. BOGDEN
                                        United States Attorney
15
                                        *Justin Pingel*
16                                      JUSTIN E. PINGEL
                                        Assistant United States Attorney
17

18

19                                      IT IS SO ORDERED:

20
                                        _____
21                                      UNITED STATES OCI KVTCVG JUDGE

22                                      DATED: aPRIL 24, 2012

23

24

25

26
                                 2