DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada Bar. No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: justin.pingel@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN V. ROOS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:11-cv-01538-JCM-RJJ |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Lynn Y. Lee to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Lee is an attorney with the Department of Justice, Civil Division, Federal Programs Branch, an agency of the federal government. She is a member in good standing of the State Bar of California (Bar No. 235531).

The following contact information is provided to the Court:

Lynn Yuhee Lee
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530
Tel: (202) 305-0531
E-mail: lynn.lee@usdoj.gov

<u>Address for U.S. mail</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Address for courier and hand delivery</u>:
20 Massachusetts Avenue NW
Room 7134
Washington, D.C. 20001

Accordingly, the United States respectfully requests that an order be issued allowing Lynn Y. Lee to practice before this honorable Court.

DATED this 23rd day of April 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*Justin Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES OCI KVTCVG JUDGE

DATED: aPRIL 24, 2012

2