1  STUART F. DELERY
   Acting Assistant Attorney General
2  DANIEL G. BOGDEN
   United States Attorney
3  District of Nevada
   VINCENT M. GARVEY
4  Deputy Branch Director
   LYNN Y. LEE
5  Civil Division, Federal Programs Branch
   P.O. Box 883
6  Washington, D.C. 20044
   Telephone: (202) 305-0531
7  Facsimile: (202) 616-8470
   Email: lynn.lee@usdoj.gov

8

9  *Attorneys for Defendants U.S. Department of State,*
   *U.S. Department of Justice, John Roos and Joseph*
   *Koen Sued in Their Official Capacities*

10

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14  ROBERT JOSEPH MCCARTY,                )
                                          )
15              Plaintiff,                )
                                          )
16      v.                                )   Case No. 2:11-CV-01538-JCM-(RJJ)
                                          )
17  JOHN V. ROOS, *et al.*,               )
                                          )
18              Defendants.               )
                                          )
19  _____)

20

21        **[PROPOSED] ORDER STAYING REQUIREMENT TO FILE**
          **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

22        This Court, having reviewed the Unopposed Motion to Stay Requirement to File

23  Proposed Discovery Plan and Scheduling Order by defendants the United States Department of

24  State, Department of Justice, and John Roos and Joseph Koen sued in their official capacities,

25  filed on May 3, 2012, hereby GRANTS the Motion and STAYS the parties' obligation to file a

26  proposed Discovery Plan and Scheduling Order pursuant to Local Rule 26-1 until (1) after all

defendants have filed responses to plaintiff's Amended Complaint, AND (2) further order by this Court.

     IT IS SO ORDERED.

Date: May 23, 2012

                                                           ROBERT J. JOHNSTON
United States Magistrate Judge