STUART F. DELERY
Acting Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
District of Nevada
VINCENT M. GARVEY
Deputy Branch Director
LYNN Y. LEE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0531
Facsimile: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for Defendants U.S. Department of State,
U.S. Department of Justice, John Roos and Joseph
Koen Sued in Their Official Capacities*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:11-CV-01538-JCM-(RJJ)<br>) |
| JOHN V. ROOS, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER STAYING REQUIREMENT TO FILE
PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

This Court, having reviewed the Unopposed Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling Order by defendants the United States Department of State, Department of Justice, and John Roos and Joseph Koen sued in their official capacities, filed on May 3, 2012, hereby GRANTS the Motion and STAYS the parties' obligation to file a proposed Discovery Plan and Scheduling Order pursuant to Local Rule 26-1 until (1) after all

defendants have filed responses to plaintiff's Amended Complain, AND (2) further order by this Court.

    IT IS SO ORDERED.
Date: May 23, 2012

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

2