1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT JOSEPH MCCARTY,

        Plaintiff,

v.

JOHN V. ROOS, et al.,

        Defendants.

2:11-CV-1538 JCM (RJJ)

**ORDER**

    Presently before the court is defendants John Roos and Joseph Koen's motion to extend time to respond to amended complaint. (Doc. #63).

    Defendants assert that they have not been properly served in their individual capacities pursuant to Federal Rule of Civil Procedure 4(f). (Doc. #63). However, their responses to the amended complaint, in their official capacities, are due on June 11, 2012. (Doc. #36). Defendants argue that they are both located overseas, and the United States government is still evaluating the information regarding plaintiff's claims. Thus, defendants request an extension of sixty days, up to and including August 10, 2012, in which to file an answer to the amended complaint. (Doc. #63).

    Good cause appearing,

. . .

. . .

. . .

. . .

1       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants John Roos and

2 Joseph Koen's motion to extend time to respond to amended complaint (doc. #63) be, and the same

3 hereby is, GRANTED.  Defendants shall file a response to the amended complaint on or before

4 August 10, 2012.

5       DATED June 8, 2012.

6

7

    **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**