UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT JOSEPH MCCARTY,                )
                                      )
            Plaintiff,                )        2:11-cv-1538-JCM-RJJ
                                      )
vs.                                   )
                                      )
JOHM V. ROOS, *et al*.,               )        O R D E R
                                      )
            Defendant,                )
_____ )

This matter is before the Court on a Request for Counsel Appointment (#80).

The Court having reviewed the Request (#80) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Request for Counsel Appointment (#80) is DENIED.

DATED this _20th_ day of September, 2012.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge