1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA
9                                 * * *
10  ROBERT JOSEPH MCCARTY,           )
                                     )
11          Plaintiff,                )       2:11-cv-1538-JCM-RJJ
                                     )
12  vs.                              )
                                     )
13  JOHM V. ROOS, *et al*.,          )              O R D E R
                                     )
14          Defendant,                )
                                     )

This matter is before the Court on a Request for Counsel Appointment (#80).

The Court having reviewed the Request (#80) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Request for Counsel Appointment (#80) is DENIED.

DATED this  20th  day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge