UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, Plaintiff, v. JOHN V. ROOS, et al., Defendants. | 2:11-CV-1538 JCM (NJK) |

**ORDER**

Presently before the court is state defendants Patrick Saunders and Charlene Hoerth's motion for extension of time to respond to plaintiff's motion for leave to amend complaint. (Doc. # 122). *Pro se* plaintiff Robert Joseph McCarty responded. (Doc. # 124).

State defendants request an extension of time based on the length and complexity of *pro se* plaintiff's, Robert Joseph McCarty, second amended complaint. Plaintiff seeks leave to allege constitutional violations that did not appear in his first amended complaint.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that state defendants Patrick Saunders and Charlene Hoerth's motion for extension of time to respond to plaintiff's motion for leave to amend complaint (doc. # 122) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

James C. Mahan
U.S. District Judge

1  IT IS FURTHER ORDERED that defendants have **up to, and including, February 12,**
2  **2013,** to respond to plaintiff's motion for leave to amend.
3  DATED January 25, 2013.

*[signature: James C. Mahan]*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -