DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Justin.pingel@usdoj.gov*

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, | )<br>) |
| Plaintiff, | ) Case No: 2:11-cv-01538-JCM-NJK<br>) |
| v. | )<br>) |
| JOHN V. ROOS, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**ORDER AND**
**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Raphael O. Gomez to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Gomez is an attorney with the Federal Programs Branch of the United States Department of Justice, an agency of the federal government, and is a member in good standing of the District of Columbia (Bar No. 305540).

1

The following contact information is provided to the Court:

>Raphael O. Gomez
>Senior Trial Counsel
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Telephone: (202)514-1318
>Facsimile: (202)616-8460
>raphael.gomez@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Raphael O. Gomez to practice before this honorable Court.

Respectfully submitted this 5th day of April 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/Justin E. Pingel*
>JUSTIN E. PINGEL
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 9, 2013

2