UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY,            )<br>                                   )<br>            Plaintiff(s),           )<br>                                   )<br>vs.                                )<br>                                   )<br>JOHN V. ROOS, et al.,              )<br>                                   )<br>            Defendant(s).          )<br>_____) | Case No. 2:11-cv-01538-JCM-NJK<br><br>ORDER GRANTING MOTION TO<br>STRIKE (Docket No. 146) |

  Pending before the Court is Defendants' motion to strike Plaintiff's response to the motion to dismiss. *See* Docket No. 146; *see also* Docket No. 142 (response to motion to dismiss). For the reasons discussed below, that motion is hereby **GRANTED**. The Local Rules make clear that briefs shall be limited to 30 pages of double-spaced text. Local Rules 7-4 (unless otherwise ordered by the Court, responsive briefs shall be limited to 30 pages); 10-1 (with a few exceptions, "lines of typewritten text shall be double-spaced"). Plaintiff's response is more than 53 pages of single-spaced text in violation of the above rules. Accordingly, the court hereby **STRIKES** Plaintiff's response at Docket No. 142.

  Plaintiff shall have until May 6, 2013, to submit a response to the motion to dismiss that complies with the Local Rules, and shall be limited to no more than 30 pages of double-spaced text. Defendants have already filed a reply brief, *see* Docket No. 147, but may file an amended reply to the motion to dismiss no later than May 13, 2013.

  IT IS SO ORDERED.

  DATED: April 23, 2013

                _____
                NANCY J. KOPPE
                United States Magistrate Judge