# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN V. ROOS, et al.,<br><br>    Defendants. | 2:11-CV-1538 JCM (NJK) |

**ORDER**

Presently before the court is state defendants Pat Saunders and Char Hoerth's first motion for enlargement of time. (Doc. # 160). State defendants seek a 28-day extension to file a reply to pro se plaintiff Robert Joseph McCarty's response to their motion to dismiss. (*Id.* at 2:4-6). Pro se plaintiff has not responded.

State defendants seek the extension pursuant Fed. R. Civ. P. 6(b)(1). (*Id.* at 1:27). State defendants' counsel represents that she was on extended medical leave and recently returned to the office. Counsel states that she requires additional time to verify many of the allegations in pro se plaintiff's 30-page response before she files the reply.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that state defendants Pat Saunders and Char Hoerth's first motion for enlargement of time (doc. # 160) be, and the same hereby is, GRANTED.

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS THEREFORE ORDERED that state defendants **shall have up to, and including,**
2   **August 19, 2013,** to file their reply.
3   DATED July 23, 2013.

_____
UNITED STATES DISTRICT JUDGE