UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> JOHN V. ROOS, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:11-cv-01538-JCM-NJK <br><br> ORDER DENYING MOTION FOR AN ORDER REQUIRING JOINT SUBMISSIONS FROM DEFENDANTS <br><br> (Docket No. 196) |

Pending before the Court is Plaintiff's motion seeking an order requiring joint court filings from Defendants. *See* Docket No. 196. The State Defendants filed a response. Docket No. 201.[1] Plaintiff filed a reply. Docket No. 205. The Court finds this motion properly resolved without oral argument. *See* Local Rule 78-2. Where multiple defendants have been named in a lawsuit, each defendant may generally submit independent court filings. *See, e.g.*, *Salameh v. Tarsadia Hotels*, 2010 WL 2839013, *3 n.1 (S.D. Cal. July 20, 2010) (noting that even though arguments overlapped, each defendant filed separate motions to dismiss); *Kriston v. Peroulis*, 2010 WL 1610419, *5 (D. Nev. Apr. 16, 2010) (same). Plaintiff has not shown that it is appropriate to require all defendants in this action to make their court filings jointly. Accordingly, Plaintiff's motion for an order requiring joint submissions from defendants is hereby DENIED.

IT IS SO ORDERED.

DATED: September 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Federal Defendants requested a stay of the deadline to respond. Docket No. 200. In light of the Court's ruling herein, that request is DENIED as moot.