1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT JOSEPH MCCARTY,                    )
                                          )
                    Plaintiff(s),         )     Case No. 2:11-cv-01538-JCM-NJK
                                          )
vs.                                       )     ORDER
                                          )
JOHN V. ROOS, et al.,                     )     (Docket No. 200)
                                          )
                    Defendant(s).         )
_____ )

16      Pending before the Court is the Federal Defendants' second motion to stay.  Docket No.

17   200.[1] That motion seeks a stay of the deadlines to respond to (1) Plaintiff's cross motion for

18   judgment (Docket No. 184), (2) Plaintiff's motion for joinder (Docket No. 196), and (3) Plaintiff's

19   motion for writ of habeas corpus declaration action (Docket No. 197).  The Court hereby **ORDERS**

20   as follows:

21      With respect to the "joinder" motion (Docket No. 196), the request for a stay is hereby

22   **DENIED** as moot in light of the order issued concurrently herewith denying Plaintiff's joinder

23   motion.

24      With respect to motion to stay responses to the cross motion for judgment and motion for

25   habeas relief (Docket Nos. 184, 197), the Court **ORDERS** any response from Plaintiff to be filed no

26

27      _____

28      [1] Two other motions to stay were filed by Defendants, *see* Docket Nos. 180, 181, which are
being resolved by separate order.

later than October 2, 2013, and any reply no later than October 4, 2013.  In the interim, the deadline

for the Federal Defendants to respond to those motions (Docket Nos. 184, 197) is hereby

**CONTINUED** for 21 days to enable the Court to rule on the pending motion to stay.

      IT IS SO ORDERED.

      DATED: September 25, 2013

                                         _____

                                         NANCY J. KOPPE
                                         United States Magistrate Judge