UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT JOSEPH MCCARTY,

          Plaintiff(s),

vs.

JOHN V. ROOS, et al.,

          Defendant(s).

Case No. 2:11-cv-01538-JCM-NJK

ORDER

(Docket No. 200)

Pending before the Court is the Federal Defendants' second motion to stay. Docket No. 200.[1] That motion seeks a stay of the deadlines to respond to (1) Plaintiff's cross motion for judgment (Docket No. 184), (2) Plaintiff's motion for joinder (Docket No. 196), and (3) Plaintiff's motion for writ of habeas corpus declaration action (Docket No. 197). The Court hereby **ORDERS** as follows:

With respect to the "joinder" motion (Docket No. 196), the request for a stay is hereby **DENIED** as moot in light of the order issued concurrently herewith denying Plaintiff's joinder motion.

With respect to motion to stay responses to the cross motion for judgment and motion for habeas relief (Docket Nos. 184, 197), the Court **ORDERS** any response from Plaintiff to be filed no

---

[1] Two other motions to stay were filed by Defendants, *see* Docket Nos. 180, 181, which are being resolved by separate order.

later than October 2, 2013, and any reply no later than October 4, 2013.  In the interim, the deadline for the Federal Defendants to respond to those motions (Docket Nos. 184, 197) is hereby **CONTINUED** for 21 days to enable the Court to rule on the pending motion to stay.

IT IS SO ORDERED.

DATED: September 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge