# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, | |
| Plaintiff(s), | Case No. 2:11-cv-01538-JCM-NJK |
| vs. | ORDER DENYING MOTION FOR RECONSIDERATION |
| JOHN V. ROOS, et al., | |
| Defendant(s). | (Docket No. 210) |

Pending before the Court is Plaintiff's motion for reconsideration of the Court's order granting in part an denying in part Defendants' motions to stay.  Docket No. 210.  Reconsideration of an order is appropriate if the Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling authority." *Sch. Dist. No. 1J, Multnomah County, Or. v. AC&S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). The Court has carefully reviewed Plaintiff's arguments in his motion for reconsideration and finds that they do not warrant reconsideration of the Court's order. Accordingly, the motion for reconsideration is hereby **DENIED**.

IT IS SO ORDERED.

DATED: October 1, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge