1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROBERT JOSEPH MCCARTY, | 2:11-CV-1538 JCM (NJK) |
| --- | --- |
| Plaintiff, | |
| v. | |
| JOHN V. ROOS, et al., | |
| Defendants. | |

**ORDER**

Presently before the court is pro se plaintiff Robert Joseph McCarty's motion for a certificate of appealability. (Doc. # 220).

**I.      Background**

On September 16, 2013, plaintiff filed a motion to vacate his status as a registered sex offender pursuant to 28 U.S.C. § 2255. (Doc. # 197). On September 20, 2013, the eight federal defendants in this case filed a motion to stay the § 2255 motion pending the resolution of two outstanding motions to dismiss, as the court's decision on these motions could eliminate the issues in dispute with regard to these defendants. (Doc. # 200). On October 4, 2013, Magistrate Judge Koppe, in consultation with this court, granted the motion to stay and denied plaintiff's § 2255 motion without prejudice. (Doc. # 218). Petitioner filed this motion seeking a certificate of appealability for his § 2255 motion. (Doc. # 220).

**II.     Legal Standard and Discussion**

Before the denial of a § 2255 motion can be appealed, a district court must have issued a final

**James C. Mahan**
**U.S. District Judge**

1    judgment on the motion. 28 U.S.C. § 2255(d). A district court's dismissal of a filing *without*

2    *prejudice* does not qualify as a "final judgment." *See Conway v. Slaughter*, 440 F.2d 1278, 1279 (9th

3    Cir. 1971).

4         In this case, plaintiff's motion for a certificate of appealability is not warranted, as this court

5    merely dismissed his § 2255 motion without prejudice pending its decision on several outstanding

6    motions to dismiss. Plaintiff may have the opportunity to re-file his § 2255 motion depending upon

7    the court's decision regarding these motions to dismiss. Thus, this court has not issued a final

8    judgment on plaintiff's § 2255 motion, and a certificate of appealability would not be appropriate

9    at this time. Therefore, the court will deny plaintiff's motion.

10         Accordingly,

11         IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motion seeking

12    a certificate of appealability (doc. # 220) be, and the same hereby is, DENIED.

13         DATED October 23, 2013.

14

15                             _____

16                       **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -