# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT JOSEPH MCCARTY,                        )
                                              )
                    Plaintiff(s),             )     Case No. 2:11-cv-01538-JCM-NJK
                                              )
vs.                                           )     ORDER
                                              )
JOHN V. ROOS, et al.,                         )     (Docket No. 238)
                                              )
                    Defendant(s).             )
_____)

Pending before the Court is Plaintiff's cross motion to compel discovery.  Docket No. 238.
Defendants filed responses opposing that motion, and Plaintiff filed a reply.  Docket Nos. 240-242.
The Court previously determined that discovery should commence following resolution of several
then-pending dispositive motions.  *See, e.g.*, Docket No. 209.  Those motions have now been
resolved, leaving at least some claims remaining in the case.  *See, e.g.*, Docket No. 235 at 2 (denying
motion to dismiss official capacity claims seeking prospective injunctive relief).  Accordingly, the
remaining Defendants and Plaintiff shall file, no later than April 22, 2014, statements regarding a
schedule for conducting discovery and filing dispositive motions.  These statements shall be no
longer than five pages in length.  In light of the above, the cross motion to compel discovery (Docket
No. 238) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge