UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOSEPH MCCARTY, <br><br> Plaintiff(s), <br><br> vs. <br><br> JOHN V. ROOS, et al., <br><br> Defendant(s). | Case No. 2:11-cv-1538-JCM-NJK <br><br> ORDER DENYING MOTION TO STRIKE CAPTIONS <br><br> (Docket No. 275) |

Pending before the Court is Plaintiff's motion to strike Defendants' purported misuse of captions. Docket No. 275. Defendants filed a response and Plaintiff filed a reply. Docket Nos. 278, 281. Although not entirely clear, Plaintiff's motion appears to be based on confusion as to which claims against which Defendants remain in this case. *See id.* at 2 (arguing that Defendants are trying to mislead the Court as to which claims remain in the case). On June 13, 2014, United States District Judge James C. Mahan issued an order indicating that all of Plaintiff's claims in this case have been dismissed except those "seeking prospective injunctive relief against defendants Charlene Hoerth and Patrick Saunders in their official capacities." Docket No. 269 at 1. In light of Judge Mahan's order of June 13, 2014, the pending motion to strike is hereby DENIED as moot.

IT IS SO ORDERED.

DATED: July 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge